United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WANDA AARON,

    Plaintiff,

    v.

CAPITAL ONE FINANCIAL
CORPORATION, et al.,

    Defendants.

Case No. 15-CV-02951-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney:  Elliot Gale
Defendant Wells Fargo Bank, N.A.'s Attorney:  Alisa Givental
Defendant WebBank's Attorney:  Alexander Porcaro
Defendant Capital One Financial Corp.'s Attorney:  Amy Borlund

An initial case management conference was held on September 30, 2015.  A further case management conference is set for January 27, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by January 20, 2016.

Parties shall serve initial disclosures by October 15, 2015.

Plaintiff and Defendant Wells Fargo Bank, N.A. shall file a stipulation of dismissal by November 2, 2015 if they are able to settle.

Plaintiff and Defendant WebBank shall file a stipulation of dismissal by November 18, 2015.

1

Case No. 15-CV-02951-LHK
CASE MANAGEMENT ORDER

1    The Court hereby refers Plaintiff and Defendant Capital One Financial Corp. to Court-sponsored Early Neutral Evaluation with a deadline for completion of January 15, 2016.

2

3    Amy Borlund, attorney for Capital One Financial Corp., shall register on ECF and file a notice of appearance in this case by October 1, 2015.

4    The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | October 30, 2015 |
| Opening Expert Reports | May 1, 2016 |
| Rebuttal Expert Reports | June 15, 2016 |
| Close of Expert and Fact Discovery | July 1, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 1, 2016 |
| Hearing on Dispositive Motions | August 11, 2016, at 1:30 p.m. |
| Final Pretrial Conference | October 6, 2016, at 1:30 p.m. |
| Jury Trial | October 24, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  September 30, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02951-LHK
CASE MANAGEMENT ORDER