UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WANDA AARON, Plaintiff, v. WELLS FARGO FINANCIAL NATIONAL BANK, Defendant. | Case No. 15-CV-02951-LHK<br><br>**ORDER REQUIRING EXCHANGE OF INITIAL DISCLOSURES AND CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

At the initial case management conference on September 30, 2015, the Court ordered the parties to serve initial disclosures by October 15, 2015. *See* ECF No. 43. In the joint case management statement submitted on January 20, 2016, the parties indicated that the parties planned to exchange initial disclosures on or before March 10, 2016—almost five months after the Court-ordered deadline. ECF No. 63, at 4. The parties provide no explanation for this delay. The parties are ORDERED to exchange initial disclosures and file a notice with the Court confirming the exchange of initial disclosures by January 27, 2016.

The January 27, 2016 case management conference is hereby CONTINUED to February 25, 2016, at 1:30 p.m. This new date and time coincides with the hearing on the pending motion

to compel arbitration. The parties shall file a joint case management statement by February 18, 2016. The parties have not asked for, and the Court has not granted, any stay of discovery. The case schedule remains as set:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | October 30, 2015 |
| Opening Expert Reports | May 1, 2016 |
| Rebuttal Expert Reports | June 15, 2016 |
| Close of Expert and Fact Discovery | July 1, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 1, 2016 |
| Hearing on Dispositive Motions | August 11, 2016, at 1:30 p.m. |
| Final Pretrial Conference | October 6, 2016, at 1:30 p.m. |
| Jury Trial | October 24, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

*See* ECF No. 43.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-02951-LHK
ORDER REQUIRING EXCHANGE OF INITIAL DISCLOSURES AND CONTINUING CASE MANAGEMENT CONFERENCE