UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WANDA AARON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>　　　　Defendant. | Case No. 15-CV-02951-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for February 25, 2016, at 1:30 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, February 22, 2016, at 10 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: February 19, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No.: 15-CV-02951-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT