**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WANDA MAXINE AARON,<br><br>   Debtor.<br>_____/<br><br>WELLS FARGO BANK, N.A.,<br><br>   Movant,<br><br>   v.<br><br>WANDA MAXINE AARON,<br><br>   Respondent.<br>_____/ | No. C 16-00802 WHA<br>Bk. No. 14-40378 CN<br><br><br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil L.R. 3-12(c), this case is hereby referred to the Honorable Lucy H. Koh to consider whether it is related to *Aaron v. Experian Information Solutions, Inc.*, No. 15-2951.

**IT IS SO ORDERED.**

Dated: February 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE