UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WANDA AARON,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>            Defendant.<br><br>THIS DOCUMENT RELATES TO<br>*In re Aaron*, No. 16-CV-00802-WHA,<br>Bk. No. 14-40378 CN | Case No. 15-CV-02951-LHK<br><br>**RELATED CASE ORDER**<br>**(*IN RE AARON*)**<br><br>Re: Dkt. No. 69 |

On February 23, 2016, United States District Judge William Alsup of the Northern District of California referred *In re Aaron*, No. 16-CV 00802-WHA, Bk. No. 14-40378 CN, to the undersigned judge for a determination on whether *In re Aaron* should be related to *Aaron v. Wells Fargo Financial National Bank ("Wells Fargo")*, No. 15-CV-02951-LHK. *See* ECF No. 69 in the *Wells Fargo* docket. That same day, the parties in *Wells Fargo* stipulated that *In re Aaron* is related to *Wells Fargo*. ECF No. 68 in the *Wells Fargo* docket. *In re Aaron* and *Wells Fargo* concern substantially the same parties and events, and it appears likely that there will be an unduly

1

Case No. 15-CV-02951-LHK
RELATED CASE ORDER (*IN RE AARON*)

1   burdensome duplication of labor and expense or conflicting results if the cases are conducted

2   before different judges.  *See* Civil L.R. 3-12(a).  Accordingly, the Court determines that *In re*

3   *Aaron* should be related to *Wells Fargo*.

4        *In re Aaron* shall be reassigned to the undersigned judge.  All future filings are to bear the

5   initials "LHK."  Unless otherwise ordered, any dates for hearing noticed motions are vacated and

6   must be renoticed by the moving party before the newly assigned judge; any deadlines set by the

7   ADR Local Rules remain in effect; and any deadlines established in a case management order

8   continue to govern, except dates for appearance in court, which will be rescheduled by the newly

9   assigned judge.  A copy of this Order shall be filed in the *In re Aaron* docket.

10  **IT IS SO ORDERED.**

12  Dated:  February 24, 2016

                             *Lucy H. Koh*

                             _____
                             LUCY H. KOH
                             United States District Judge

Case No. 15-CV-02951-LHK
RELATED CASE ORDER (*IN RE AARON*)