UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WANDA AARON,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO FINANCIAL NATIONAL BANK,<br><br>  Defendant. | Case No. 15-CV-02951-LHK<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 71 |
|---|---|

Late this afternoon, February 24, 2015, the parties filed a notice that they "have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement." *See* ECF No. 71. The hearing on Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo")[1] motion to compel arbitration is set for February 25, 2016, at 1:30 p.m. The Court is prepared to proceed with the hearing and was planning to issue an order shortly thereafter. The hearing remains as set, unless the parties file a stipulation of dismissal by 12:00 p.m. on February 25, 2016.

---

[1] Erroneously sued as Wells Fargo Financial National Bank.

1
Case No. 15-CV-02951-LHK
ORDER RE STIPULATION OF DISMISSAL

**IT IS SO ORDERED.**

Dated:  February 24, 2016

_____
LUCY H. KOH
United States District Judge